# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | November 19, 2009 |
| **Bankruptcy Case** | 09 B 36953 | **Adversary No.** | |
| **Title of Case** | High Meadows Apartment Venture | | |

**Brief Statement of Motion**: Motion to Use Cash Collateral (Re: docket entry #14)

**Names and Addresses of moving counsel**:
Karen J. Porter
230 W. Monroe St., Suite 240
Chicago, Illinois 60606

**Representing**: Debtor

## ORDER

On the court's own motion, paragraph no. 21 of interim cash collateral order dated November 16, 2009, docket entry no. 23, is amended to reschedule the final hearing for December 7, 2009 at 10:00 a.m.

*[signature]*